# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 SEP 17 PM 3:35
CLERK_____
SO. DIST. OF GA.

REHRIG PACIFIC COMPANY

_____

Plaintiff

v. POLYMER LOGISTICS (ISRAEL), LTD. and

_____

Defendant

Case No. 3:18-cv-00055-DHB-BKE

Appearing on behalf of

PLAINTIFF REHRIG PACIFIC COMPANY

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 17th day of Sept, 2018

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Michael Alexander Szypa Jr. |
| Business Address: | Carlson Gaskey & Olds PC |
| | Firm/Business Name |
| | 400 W. Maple Road, Suite 350 |
| | Street Address |
| | Birmingham    MI    48009 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 248-988-8360 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | aszypa@cgolaw.com |