# United States District Court
## Southern District of Georgia

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2018 NOV 13 PM 3:57 CLERK_____ SO. DIST. OF GA.

REHRIG PACIFIC COMPANY

_____
Plaintiff

v.

POLYMER LOGISTICS (ISRAEL), INC.
and POLYMER LOGISTICS, INC.
_____
Defendant

Case No. 3:18-cv-00055-DHB-BKE

Appearing on behalf of

Defendants
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 13th day of Nov., 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Joseph D. Rutkowski |
| Business Address: | Mintz Levin Cohn Ferris Glovsky and Popeo PC |
| | Firm/Business Name |
| | One Financial Center |
| | Street Address |
| | Boston, MA 02111 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 617-348-1873 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | jdrutkowski@mintz.con |